Case 09-12422    Doc 191    Filed 12/09/13    Entered 12/09/13 14:55:41    Desc Main
Document      Page 1 of 1

# Unclaimed Funds

Entered 1/1/2001 to 12/9/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---:|---|
| 09-12422 -jnf 16896848 | Moynihan Partners LLC<br>20 Park Plaza<br>Suite 479<br>Boston, MA 02116<br>02116 | 1,727.24 | 12/09/2013 |
| 09-12422 -jnf 16896859 | NEWARK IN ONE<br>P.O. BOX 94151<br>PALATINE, IL 60094<br>60094 | 17.98 | 12/09/2013 |
| 09-12422 -jnf 16896934 | SPARKS<br>PO Box 277220<br>Atlanta, GA 30384<br>30384 | 493.17 | 12/09/2013 |
| 09-12422 -jnf 16896927 | Simplified Clinical Data Systems, LLC<br>454 Rt 13 S<br>Milford, NH 03055<br>03055 | 1,627.65 | 12/09/2013 |

**Grand Total: 3,866.04**